No. 667. AMERICAN FRUIT GROWERS, INC., v. BROGDEX Co. March 17, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit

**710**

granted.  *Mr. R. T. M. McCready* for petitioner.  *Messrs. Melville Church, Charles Neave,* and *Roy F. Steward* for respondent.